## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| EDSCHA NORTH AMERICA, INC. d/b/a EDSCHA U.S.A., INC. and EDSCHA JACKSON, INC. | Case No. 09-39055 |
| | Hon. Carol A. Doyle |
| Debtor. | Date: January 19, 2010<br>Time: 10:00 a.m. |

### ORDER EXTENDING TIME TO FILE A PLAN AND DISCLOSURE STATEMENT AND EXTENDING THE EXCLUSIVITY PERIOD PURSUANT TO 11 U.S.C. § 1121

This matter coming before the Court on the Motion of Edscha North America, Inc. d/b/a Edscha U.S.A., Inc. and Edscha Jackson, Inc., debtor and debtor-in-possession (collectively, "Debtor") to Extend Time to File a Plan and Disclosure Statement and to Extend Exclusive Time Period in Which Debtor Has to File and Confirm a Plan. The Court finding notice to have been sufficient and being otherwise fully informed in the premises, and finding that the relief sought in the Motion to be in the best interests of the Debtor's estate,

IT IS HEREBY ORDERED that

1. The Debtor shall file a Plan of Reorganization and Disclosure Statement on or before March 19, 2010.

2. The 120-day and 180-day time period for exclusivity as set forth in 11 U.S.C. §1121 shall be extended by 60 days respectively.

ENTERED:

_____
UNITED STATES BANKRUPTCY JUDGE

1/19/10